IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE |
|---|---|---|---|
| **DAVID L JENKINS, JR.** | **10-60556-WA1-13** | **May 31, 2011** | **$1,028.75** |
| **KATHERINE E JENKINS** | | | ***AS OF 6/9/2011** |
| | | | **# of months:   2** |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above-captioned Chapter 13 debtors, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the debtors aforementioned have defaulted in making their payments matured under the confirmed plan.

**PLEASE TAKE NOTICE** that on **JULY 28, 2011** at **09:30 AM**, in U.S. Bankruptcy Courtroom 210, 1101 Court St., Lynchburg, VA 24504-    the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor(s) and Debtor's(') counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on June 9, 2011, copies of this Petition and Notice have been mailed to DAVID L., JR. and KATHERINE E JENKINS, Debtor(s), 10 MOYER LANE, LYNCHBURG, VA 24501    ,  and that the Attorney for the Debtor(s) has been notified electronically by ECF.

  /S/ Herbert L. Beskin                                  .
Herbert L. Beskin Chapter 13 Trustee

Herbert L. Beskin
Chapter 13 Trustee
P O BOX 2103
Charlottesville, VA 22902
(434)817-9913