**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **In re: DAVID L JENKINS**<br>**KATHERINE E JENKINS**<br><br>Debtor(s) | **CHAPTER 13**<br><br>**CASE NO. 10-60556** |
| | |

### OBJECTION TO CLAIM(S); ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned movant objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 12 | NUVELL CREDIT COMPANY<br>Attn: N. Carlson, Agent<br>PO BOX 130424<br>ROSEVILLE, MN 55113 | $9861.43 | Debt incurred in 2007 as indicated by the documents attached to the proof of claim. No judgment obtained. This debt is barred by the Statute of Limitations. No additional documentation has been filed showing that there is a written agreement between the debtor and the creditor and more than 3 years have passed since the latest of either the debt was incurred and/or a payment was voluntarily made by the debtor. No payments to be paid by the Chapter 13 Trustee or the Debtor. Ask disallowance. |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate.

DATED: 07/22/2011                                          /s/ Stephen E. Dunn, Esq. Counsel for Debtor
                                                           201 Enterprise Drive, Suite A
                                                           Forest, Va. 24551
                                                           MOVANT

---

It appearing to the Court proper so to do, it is ORDERED that claimants shall have thirty (30) days from the date of service of this order to file with the United States Bankruptcy Court at the address shown below, and serve upon the Movant at the address given above and the trustee, if the trustee is not the Movant, a written response to said objection(s), and, absent same, claimant shall be in default and the Movant may tender an Order sustaining the objection without further notice or hearing.

If claimant timely files a response to the Movant's objections and requests a hearing upon same, a hearing shall be held in the _United States Bankruptcy Court, 1101 Court Street, Lynchburg, VA 24504 on **September 8, 2011**, at 10:00 o'clock, a.m._ upon the Movant's objection to claim and claimants response thereto. The claimant must be present in person, or represented by counsel at said hearing.

The Movant shall serve a copy of this order, within seven (7) days of the date of this order, upon all claimants and certify service in writing to the Court.

**DATED: July 22, 2011**                                   _____
                                                           **UNITED STATES BANKRUPTCY JUDGE**

---

I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, to the trustee, and to counsel for the debtor(s) in this case.

DATED: _____                              _____
                                                           MOVANT

Clerk, U.S. Bankruptcy Court
1101 Court Street, Lynchburg, VA  24504
(434) 845-0317